*t* 2 5⁻ / 6
2 5⁻ 7 /
99 - 6 26 SAMUEL L. LURVEY, Respondent, *v.* WELLS, FARGO
*et al.*, Appellants.

[1] New Trial, Motion, Effect of Filing.—A motion for a new trial, filed within
the time allowed by law, stays the operation of the judgment, and preserves all
rights, until it can be heard and determined, and is not affected by the adjourn-
ment of the Court for the term.

Appeal from the Sixth Judicial District.

*J. W. Winans*, for Appellant.

*J. H. McKune*, for Respondent.

Mr. Ch. J. Murray delivered the opinion of the Court.
Mr. J. Heydenfeldt and Wells concurred.

This is an appeal from an order refusing a new trial.

The opinion of the Court states, that the notice of motion
and grounds for a new trial were filed within the time
required by law; and that the application was refused upon
the authority of the decision of this Court, in the case of
*Baldwin* v. *Kramer*, 2 Cal. 582.

The Court below evidently mistook the meaning of this
Court as announced in that decision. The facts of the case
showed that no notice or motion for new trial had been
filed, until several months after the close of the term at
which the judgment was rendered. We did not decide that
[107] it was necessary to dispose of such motions at the
term of the trial. Such a * rule would be in viola-
tion of the Statute, and often work great hardships.
It not unfrequently happens that many cases are disposed of
on the last day of the term, and in the absence of parties,
a motion filed within the time allowed by law, must neces-
sarily stay the operation of the judgment, and preserve all

[1] Explained in *Copper Hill M. Co.* v. *Spencer,* 25 Cal. 16; *People* v. *Loucks,* 28
Cal. 71.

rights until it can be heard and determined, and is not affected by the adjournment of the Court.

To prevent future mistakes, it would be well for the District Courts throughout the State to adopt some rule upon this subject.

As the error complained of in this case arose from the misapprehension of the Court, and is not the fault of the parties, the order overruling the motion for new trial is vacated, with directions to the Court below to proceed *de novo* to determine the same. Costs to abide the judgment.